**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the matter of:

PITA FRANCHISE CORPORATION

Debtor.
______________________________/

Case 10-51895-tjt
Chapter 11
Hon. Thomas J. Tucker

**CONSENT TO ENTRY OF ORDER FOR 2004 EXAMINATION OF KOUSAY ASKAR, PERSONALLY AND ON BEHALF OF DEBTOR**

Stuart A. Gold, operating trustee of the Chapter 11 bankruptcy estate of Pita Franchise Corporation ("Debtor"), Frank Lombardo, Kousay Askar and Debtor, by and through their respective counsel, consent to the entry of the Order For 2004 Examination Of Kousay Askar, Personally And On Behalf Of Debtor (the "Order") attached hereto as Exhibit 1. Attached hereto as Exhibit 2 is the list of documents referenced in paragraph 2 of the Order.

Dated: July 27, 2010

JACOB & WEINGARTEN, P.C.

By: /s/ Howard S. Sher
Howard S. Sher (P38337)
Attorneys for Stuart A. Gold
2301 W. Big Beaver Road, Suite #777
Troy, Michigan 48084
(248) 649-1900
howard@jacobweingarten.com

[*Signatures Continued On Next Page*]

THE SMITH LAW GROUP PLLC

By: /s/ Scott F. Smith (with consent)

Scott F. Smith (P28472)
Attorneys for Debtor
28400 Northwestern Hwy
Suite 100
Southfield, Michigan 48034
(248) 355-3358
ssmith3352@aol.com

O'REILLY RANCILIO PC

By: /s/ James J. Sarconi (with consent)

James J. Sarconi (P66101)
Attorneys for Frank Lombardo
12900 Hall Rd Ste 350
Sterling Heights, MI 48313
(586) 726-1000
jsarconi@orlaw.com

Wolfe Law Group PLLC

By: /s/ Jack B. Wolfe (with consent)

Jack B. Wolfe (P39667)
Attorneys for Kousay Askar, Personally
32270 Telegraph Rd Ste 250
Bingham Farms, MI 48025
(248) 888-7272
thewolfelawgroup@yahoo.com

# Exhibit 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

PITA FRANCHISE CORPORATION

Debtor.
_______________________________/

Case 10-51895-tjt
Chapter 11
Hon. Thomas J. Tucker

**ORDER FOR 2004 EXAMINATION OF KOUSAY ASKAR,**
**PERSONALLY AND ON BEHALF OF DEBTOR**

This matter having come before the Court pursuant to the Consent To Entry Of Order For 2004 Examination Of Kousay Askar, Personally And On Behalf Of Debtor (the "Consent"), pursuant to which Stuart A. Gold ("Trustee"), operating trustee of the Chapter 11 bankruptcy estate (the "Estate") of Pita Franchise Corporation ("Debtor"), Frank Lombardo ("Lombardo"), Kousay Askar and Debtor have consented to the entry of this order; and the Court being otherwise duly advised in the premises,

**NOW THEREFORE, IT IS HEREBY ORDERED** as follows:

1. Kousay Askar shall appear in his personal capacity and on behalf of Debtor for an examination pursuant to F.R.Bankr.P. 2004 to be conducted by Trustee and Lombardo at the offices of Jacob & Weingarten, P.C., 2301 West Big Beaver Road, Suite 777, Troy, Michigan 48084, commencing at 9:30 a.m. on August 17, 2010.

2. On or before August 2, 2010, Debtor and Kousay Askar shall produce to Trustee the documents listed on Exhibit 2 to the Consent.

3. The dates set forth in paragraphs 1 and 2 of this order may be changed only upon written consent of Debtor, Trustee, Kousay Askar and Lombardo (or further order of the Court).

# Exhibit 2

## SCHEDULE OF DOCUMENTS TO BE PRODUCED

### DEFINITIONS

1. "Debtor" shall refer to Pita Franchise Corporation.

2. "Documents" shall mean any kind of written, typed, recorded, or graphic matter, however produced or reproduced, of any kind or description whether or not sent or received, including originals and nonidentical copies and including without limitation papers, books, letters, correspondence, telegrams, e-mails, bulletins, announcements, schedules, agendas, instructions, charts, maps, manuals, brochures, memoranda, conversations and meetings, affidavits, statements, summaries, opinions, reports, studies, analyzes, evaluations, contracts, agreements, journals, diaries, lists, tabulations, computer print-outs, data-processing input/output, microtext, and all records kept by electronic, photographic or mechanical means, and other things similar to any of the above.

3. "Including" is not a limiting term.

4. "Lombardo" shall refer to Frank Lombardo.

5. "Lombardo Trust" shall refer to the Frank J. Lombardo Trust Under Agreement Dated November 11, 2002.

6. "Person" shall be deemed to include natural persons, partnerships, firms, corporations and all the subsidiaries or divisions, and in the case of partnerships, firms, corporations, the individual member(s) of agent(s) hereof with knowledge of the requested information.

7. "Stock Purchase Agreement" refers to the Stock Purchase Agreement effective August 1, 2007 by and between Frank J. Lombardo, Trustee of the Frank J. Lombardo Trust Under Agreement Dated November 11, 2002, Kousay Askar and Debtor.

### DOCUMENTS TO BE PRODUCED

1. Copies of all correspondence, notes, e-mails, and any other documents created on or before September 1, 2007 relating to the Stock Purchase Agreement.

2. Copies of all documents relating to the payment of any amount to or for the benefit of Lombardo and/or the Lombardo Trust in connection with the Stock Purchase Agreement.

**3.** Copies of all documents relating to any and all payments made by Debtor to or for the benefit of Lombardo.

**4.** Copies of all documents relating to any and all payments made by Debtor to or for the benefit of the Lombardo Trust.

**5.** Copies of all documents relating to any and all payments made by Debtor to or for the benefit of Kousay Askar.

**6.** Copies of any and all contracts between Debtor and R&P Foods, Inc.

**7.** Copies of all documents relating to the payment of any rebates to Debtor on or after August 1, 2007.

**8.** Copies of all documents relating to the payment of any rebates to R&P Foods, Inc. which in any way relate to R&P Foods, Inc.'s dealings with Debtor and/or any of Debtor's franchisees.

**9.** Copies of all franchise agreements to which Debtor is a party.

**10.** Copies of all documents relating to disbursements of advertising fund contributions received from any of Debtor's franchisees.

**11.** Copies of all documents relating to any amounts owing to Debtor by Pita, Inc. and/or Pita Development, Inc.

**12.** Copies of all documents relating to Debtor's termination of its relationships with Lipari Foods, Inc.

**13.** Copies of all documents relating to any and all payments made by Kousay Askar to Lombardo and/or the Lombardo Trust.

**14.** Copies of all tax returns filed by Debtor with respect to all years since 2005.

**15.** Copies of all documents relating to payments made since August 1, 2007 by any of Debtor's franchisees who also operate a Papa Romano's franchise out of the same location as they operate a Mr. Pita Franchise (and all documents relating to the calculation of their franchise fees).

**16.** Copies of all documents relating to any Papa Romano's franchisee who sells Mr. Pita products without a Mr. Pita franchise agreement.

**17.** Copies of all documents which relate to any claims held by R&P Foods, Inc. against Debtor's bankruptcy estate.

**18.** Copies of any and all documents reflecting the monthly sales of Mr. Pita products by Papa Romano/Mr. Pita franchises that do not pay royalties to the Debtor.

**19.** Copies of any and all documents reflecting any contracts or other agreements between Askar Management and Debtor.

**20.** Copies of any and all documents referencing, regarding, and/or relating to the amounts claimed to be owing to Askar Management on the Debtor's schedules.

**21.** Any and all documents reflecting sums paid into Debtor by Kousay Askar, including but not limited to bank statements reflecting the transfers and copies of any negotiated checks.

**22.** Any and all documents establishing capital contributions by Kousay Askar to Debtor.

**23.** Any and all documents reflecting the AAA account and/or stock basis of Kousay Askar in the Debtor.

**24.** Copies of any and all employment agreements between Debtor and Kousay Askar and/or Jennifer Berch.

**25.** Copies of any and all documents reflecting all payments, transfers, or other conveyances made by Debtor to Askar Management or any other Askar related entity from January 2007 to Present.

**26.** Copies of any and all invoices submitted by Askar Management to Debtor.